IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | * | |
| vs. | * | CR-22-199 |
| KENNESHIA DAVIS,<br>Defendant | * | |

## NOTICE OF APPEAL

COMES NOW the defendant, Kenneshia Davis, by and through her attorney, Dennis J. Knizley, and gives Notice of Appeal of her conviction and sentence in this case.

        Respectfully submitted,
        */s/Dennis J. Knizley*
        Attorney for the Defendant
        7 N. Lawrence Street
        Mobile, AL 36602
        Phone: (251) 432-3799

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kacey Chappelear

Assistant U.S. Attorney

        */s/ Dennis J. Knizley*